PIEKARSKI & BRELSFORD, P.C.
2633 E. Indian School Rd. Ste. 460
Phoenix AZ 85016
Phone: (602) 956-1161
Fax: (480) 247-4383
Christopher J. Piekarski, AB# 019251
Nathan J. Brelsford, AB# 024853
Attorneys for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MARIANNE TANTILLO,<br><br>    Debtor(s). | ) In Proceeding Under<br>) Chapter 13<br>)<br>) Case No.: 2:09-bk-10666-SSC<br>)<br>) Adv. No.: 2:09-ap-01169-SSC<br>)<br>) STIPULATION REGARDING AVOIDANCE<br>) OF LIEN |
| MARIANNE TANTILLO,<br><br>    Plaintiff.<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., its<br>assignees and/or successors in interest; BAC<br>HOME LOAN SERVICING, L.P., its<br>assignees and/or successors in interest; BANK<br>OF AMERICA, N.A.; and MORTGAGE<br>ELECTRONIC REGISTRATION SYSTEMS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This Stipulation is entered into by and between MARIANNE TANTILLO (hereinafter

referred to as "Debtor"), by and through her attorney of record, Nathan J. Brelsford; and

Defendant BAC HOME LOAN SERVICING, L.P., its assignees and/or successors in interest,

(hereinafter referred to as "Creditor"), by and through its authorized agent, Michelle Reinhard.

### RECITALS

-1

1       A.     Debtor is the maker of a residential mortgage note, which is secured by a Junior

2 Deed of Trust encumbering the real property located at 2801 N. Litchfield Rd. Unit 83,

3 Goodyear, Arizona 85395 (the "Subject Property") with a legal description as follows:

4
           **LOT 83, OF THE PYRAMIDS AT PALM VALLEY**
5            **CONDOMINIUMS, ACCORDING TO THE PLAT OF**
           **RECORD IN THE OFFICE OF THE COUNTY RECORDER**
6            **OF MARICOPA COUNTY, ARIZONA, RECORDED IN**
           **BOOK 428 OF MAPS, PAGE 43 AND AMENDED IN BOOK**
7            **713 OF MAPS, PAGE 42.**

8       The Note and Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

9       B.     Creditor is the holder and owner of the Subject Loan and/or is the authorized

10 agent of the owner of the Subject Loan and is authorized and has represented itself to Debtor as

11 being authorized to enter into this stipulation.

12       C.     On or about May 18, 2009, Debtor filed a voluntary petition under Chapter 13 of

13 the Bankruptcy Code in the United States Bankruptcy for the District of Arizona – Phoenix

14 Division, and was assigned Case No. 2:09-10666-SSC.

15       D.     On or about September 9, 2009, Debtor filed an Adversary Complaint against

16 Creditor praying that the Court find Creditor's Deed of Trust encumbering the Subject Property

17 be avoided and that its claim be paid as an unsecured.

18 **THE PARTIES HEREBY STIPULATE AND AGREE TO THE ENTRY OF A FINAL**

19 **ORDER WHICH PROVIDES AS FOLLOWS:**

20       1.     Creditor's claim shall be treated, classified and allowed as a non-priority general

21 unsecured claim in the Debtors' Chapter 13, SUBJECT TO THE FOLLOWING CONDITIONS:

22          A.     The avoidance of Creditor's Junior Deed of Trust is contingent upon the

23 confirmation of the Debtors' Chapter 13 plan;

24          B.     The avoidance of Creditor's Junior Deed of Trust is contingent upon the

25 Debtors' completion of their Chapter 13 plan; and

26          C.     The avoidance of Creditor's Junior Deed of Trust is contingent upon the

27 Debtors' receipt of a Chapter 13 discharge.

28

2.    Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, Creditor shall, after receipt of notice of said discharge, promptly record a reconveyance of its junior position deed of trust against the Subject Property with the Maricopa County Recorder's Office;

3.    Creditor shall retain its lien for the full amount due under the Subject Loan, and Creditor's lien shall not be avoided, and Creditor's claim shall be treated as a secured claim, in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

4.    In the event that Debtor refinances the loan(s) on the Subject Property or sell the Subject Property prior to the completion of the Chapter 13 case and receipt of a Chapter 13 discharge order, then Creditor will be paid in full at closing unless a lesser amount is agreed upon by the parties

5.    In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Junior Deed of Trust prior to the Debtors' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

6.    Each party shall bear their own attorneys' fees and costs incurred in the present adversary case number 2:09-ap-01169-SSC and bankruptcy case number 2:09-bk-10666-SSC.

7.    The terms of this stipulation will be incorporated by reference in an order confirming the Chapter 13 Plan in bankruptcy case number 2:09-bk-10666-SSC.

///

///

///

///

///

///

///

-3-

IT IS SO STIPULATED:

Dated: 10-13-09

By: _____

NATHAN J. BRELSFORD
2633 E Indian School Road, Ste. 460
Phoenix, AZ 85016
Attorney for Marianne Tantillo

Dated: 10-13-09

By: _____

MICHELLE REINHARD
BAC Home Loan Servicing, LP
1757 Tapo Canyon Road
Mail Stop: CA6-913-LB-11
Simi Valley, CA 93063
Authorized Agent for Creditor

I.

-4